1  Joe Angelo (Bar # 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, & Johnson P.C.
   2999 Douglas Blvd., Ste. 111
3  Roseville, California 95661
   Tel.: 916-290-7778
4  Fax: 916-282-0771

5  Attorney for Plaintiff
   Glen Anderson

6

7                    UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

9

10 | Glen Anderson                          | Case No.: 2:24-cv-01277-DC-CKD

11 |          Plaintiff,

12 |     vs.                                 | **STIPULATED REQUEST FOR
                                              DISMISSAL WITH PREJUDICE OF
13 | Equifax Information Services LLC       | DEFENDANT EQUIFAX INFORMATION
                                              SERVICES LLC**
14
   |          Defendant.
15

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Glen Anderson and Defendant Equifax Information Services LLC ("Equifax") that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: December 24, 2024       **Gale, Angelo, & Johnson, P.C.**

By: _/s/ Joe Angelo_
Joe Angelo
Attorneys for Plaintiff
Glen Anderson

DATED: December 24, 2024       **Nokes & Quinn**

By: _/s/ Thomas P. Quinn, Jr.  (as authorized on 12-24-24)_
Thomas P. Quinn, Jr.
Attorney for Defendant
Equifax Information Services LLC